# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D23-496
LT Case No. 2007-CF-8108

———————————————

FREDDIE L. LAWRENCE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

3.850 appeal from the Circuit Court for Duval County.
Jeb Branham, Judge.

Freddie L. Lawrence, Daytona Beach, pro se.

Ashley Moody, Attorney General, and Adam B. Wilson, Assistant Attorney General, Tallahassee, for Appellee.

October 31, 2023

PER CURIAM.

AFFIRMED.

EDWARDS, C.J., EISNAUGLE, and MACIVER, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---